```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )
                                )
     v.                         )     No. 4:05 CR 295 SNL
                                )                    DDN
GUY RHOADES,                    )
                                )
          Defendant.            )
```

**ORDER AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

This action is before the court upon the pretrial motions of the parties which were referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was set for June 29, 2005.

On June 29, 2005, defendant Guy Rhoades appeared in open court, with counsel, and advised the undersigned that he had decided not to raise any issues by way of pretrial motions. He thereupon waived his rights to file pretrial motions and to have a pretrial hearing.

Upon this record,

**IT IS HEREBY ORDERED** that the motion of defendant for discovery and disclosure (Doc. 18) is denied as moot.

**IT IS HEREBY RECOMMENDED** that the motion of defendant to suppress statements (Doc. 17) be denied as moot.

The parties are advised they have ten (10) days to file written objections to this Order and Recommendation. The failure to file objections may result in a waiver of the right to appeal issues of fact.


/s/ David D. Noce
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**


Signed on June 29, 2005.