**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No.4:05CR295SNL** |
| | ) | |
| **GUY RHOADES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Having received no objections by the defendant,

**IT IS HEREBY ORDERED** that United States Magistrate Judge David D. Noce's

Order and Recommendation (#21), filed June 29, 2005 is **SUSTAINED, ADOPTED** and

**INCORPORATED** herein.

**IT IS FINALLY ORDERED** that defendant's motion to suppress statements (#17) be and

is **DENIED AS MOOT.**

Dated this 14th day of July, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE